### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE

**DABNEY AND PAMELA HAMNER,**
**PARENTS AND NEXT FRIEND, OF I. H.,**
    **PLAINTIFFS,**

**V.**                                             **CASE NO. 2:23-CV-02393-JTF-TMP**

**FREEDOM PREPARATORY ACADEMY**
**AND BOARD OF DIRECTORS, IN THEIR**
**OFFICIAL CAPACITY ONLY,**

    **DEFENDANTS.**

### MOTION TO DISMISS

Defendants, by and through undersigned counsel, file this *Motion to Dismiss*, pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons stated in their contemporaneously filed *Memorandum in Support of Defendants' Motion to Dismiss*, Plaintiffs fail to state a claim upon which relief may be granted, making dismissal appropriate.

                                                                  s/ Lisa A. Krupicka
                                                                  Lisa A. Krupicka (BPR No. 12147)
                                                                  Carl I. Jacobson (BPR No. 10504)
                                                                  BURCH, PORTER & JOHNSON, PLLC
                                                                  130 North Court Avenue
                                                                  Memphis, TN 38103
                                                                  T:  (901) 524-5000
                                                                  F:  (901) 524-5024
                                                                  lkrupicka@bpjlaw.com
                                                                  cjacobson@bpjlaw.com

                                                                  *Attorneys for Defendants*

2

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing pleading was served upon counsel for Plaintiffs via the Court's CM/ECF filing system, this the 29th day of August, 2023.

                                        s/ Lisa A. Krupicka